AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

**FILED**
SEP 25 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

RUDOLPH BENJAMIN LAVARNE WHITEHURST )
*Plaintiff/Petitioner* )
v. ) Civil Action No. 4:20-CV-179-M
TERESA DELOATCH BRYANT )
*Defendant/Respondent* )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Rudolph B Whitehurst*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 25 SEP 2020

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment  Retired Army | $ 2,973.86 | $ | $ | $ |
| Self-employment  N/A | $ | $ | $ | $ |
| Income from real property *(such as rental income)*  N/A | $ | $ | $ | $ |
| Interest and dividends  N/A | $ | $ | $ | $ |
| Gifts  N/A | $ | $ | $ | $ |
| Alimony  N/A | $ | $ | $ | $ |
| Child support  N/A | $ | $ | $ | $ |

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 800.15 | $ | $ | $ |
| Disability (such as social security, insurance payments) N/A | $ | $ | $ | $ |
| Unemployment payments N/A | $ | $ | $ | $ |
| Public-assistance (such as welfare) N/A | $ | $ | $ | $ |
| Other (specify): N/A | $ | $ | $ | $ |
| Total monthly income: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer N/A | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer N/A | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ N/A

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution N/A | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ 130,000 |
| Other real estate (Value) N/A | $ |
| Motor vehicle #1 (Value) RV | $ 21,000 |
| Make and year: 2006 | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 (Value) WRX | $ 18,000 |
| Make and year: 2017 | |
| Model: | |
| Registration #: | |
| Other assets (Value) | $ |
| Other assets (Value) | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money  N/A | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only)  N/A | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ 572.00 | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 250.00 | $ |
| Home maintenance *(repairs and upkeep)* N/A | $ | $ |
| Food | $ 400.00 | $ |
| Clothing | $ 500.00 | $ |
| Laundry and dry-cleaning | $ 200.00 | $ |
| Medical and dental expenses N/A | $ | $ |
| Transportation *(not including motor vehicle payments)* N/A | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. N/A | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|    Homeowner's or renter's: | $ 572.00 | $ |
|    Life: N/A | $ | $ |
|    Health: N/A | $ 00 | $ |
|    Motor vehicle: | $ 592.00 | $ |
|    Other: N/A | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|    Motor vehicle: | $ 240.00 | $ |
|    Credit card *(name):* N/A | $ | $ |
|    Department store *(name):* N/A | $ | $ |
|    Other: N/A | $ | $ |
| Alimony, maintenance, and support paid to others N/A | $ | $ |

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* N/A | $ | $ |
|---|---|---|
| Other *(specify)*: N/A | $ | $ |
| **Total monthly expenses:** | $ 0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes  ☒ No   If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☒ No

    If yes, how much? $ N/A
    If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?   ☐ Yes  ☒ No

    If yes, how much? $ N/A
    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    With the high cost of living, I have just about more out going cost than incoming. I'm a 100% Disabled Veteran Living alone. Due to covid 19 my living expense is over my head right now. (copy of 100% veteran attached)

13. Identify the city and state of your legal residence.
    2320 A Saddleback Dr Winterville NC 28590

    Your daytime phone number:  252-367-5251
    Your age: 64   Your years of schooling: 12
    Last four digits of your social-security number: 0748

Case 4:20-cv-00179-M    Document 1    Filed 09/25/20    Page 5 of 6

# Department of Veterans Affairs

251 N MAIN ST  
WINSTON-SAL NC 27155



February 22, 2018

Veteran's Name:  
Whitehurst, Rudolph, Benjamin

```
#    000030116           I=0000
```

30116 1 AV 0.375  
RUDOLPH B WHITEHURST  
2320A SADDLEBACK DR  
WINTERVILLE NC  28590

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as housing entitlements, free or reduced state park annual memberships, state or local property or vehicle tax relief, civil service preference, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter replaces VA Form 20-5455, and is considered an official record of your VA entitlement.

### --America is Grateful to You for Your Service--

Our records contain the following information:

## Personal Claim Information:
Your VA claim number is:  146 56 0748  
You are the Veteran

## Military Information:
Your character(s) of discharge and service date(s) include:

Army, Honorable, 30-May-1978 - 12-Feb-1984

(You may have additional periods of service not listed above)

## VA Benefits Information:
Service-connected disability: Yes  
Your combined service-connected evaluation is: 70 PERCENT  
The effective date of the last change to your current award was: 01-DEC-2017  
Your current monthly award amount is: $2,973.86  
Are you being paid at the 100 percent rate because you are unemployable due to your service-connected disabilities: Yes  
Are you considered to be totally and permanently disabled due to your service-connected disabilities: Yes

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

## Need Additional Information or Verification?
If you have any questions about this letter or need additional verification of VA benefits, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the federal relay number is 711. Send electronic inquiries through the Internet at https://iris.va.gov.

Sincerely yours,

Regional Office Director