RECEIVED
SEP 25 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_____ DIVISION

Rudolph Benjamin Lavavne Whitehurst )
_____)
_____)
(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. 4:20-CV-179-M
(To be assigned
by the Clerk of
District Court)

vs.

Teresa DeLoatch Bryant _____ )
_____)
_____)
_____)
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the <u>complaint</u>
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

**COMPLAINT**

Plaintiff resides at: 2320 A Saddleback Dr Winterville NC 28590 _____

_____

_____

_____

Defendant(s) name(s) and address(es), if known: Teresa DeLoatch Bryant Post Office Box 34 Greenville, NC 27835 _____

1

Jurisdiction in this court is based on: Teresa Dehoatch Bryant, of Greenville NC. FILED a VOLUNTARY DISMISSAL Dated 2018 JAN 25 PM 4:19 PITT COUNTY. C.S.C. FILE NO. 17CVS 1352 (Copy of FILE NO. 17CVS 1352 is attached.

The acts complainted of in this suit concern: Voluntary Dismissal is termination of a lawsuit by Viluntary request of the Plaintiff (the party who originally filed the lawsuit... in the United States Voluntary Dismissal in Federal Court is subject to Rule 41(a) of the Federal Rules of Civil Procedure, Rule 41(a)'s full text can be found.

I RUDOLPH BENJAMIN LAVARNE WHITEHURST, never agreed to a Voluntary Dismissal, nor did I sign one, to the very best of my knowledge.

Thank you for your attention to this matter, Retired US Army

*Rudolph B Whitehurst*

2

Case 4:20-cv-00179-M    Document 1-1    Filed 09/25/20    Page 2 of 6

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
(If you need more space, or wish to include any further
information for consideration, please attach additional sheets.)


I seek the following relief:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

25 SEP 2020      *Ludolph B Whitehurst*
Date              Signature of Plaintiff
                 2320 A Saddleback Dr Winterville NC 28590
                 252-367-5251

---

Address and Telephone Number of Plaintiff

4

Date 24 SEP 2020

Rudolph B Whitehurst
2320 A Saddleback Dr
Winterville NC 28590
Retired US Army

Paragraph 1 Attorney Teresa Dehoatch Bryant, of Greenville NC. FILED a VOLUNTARY DISMISSAL, Dated 2018 JAN 25 PM 4:19 PITT COUNTY, C.S.C. FILE NO. 17CVS 1352, (copy of FILE NO. 17 CVS 1352 is attached).

Par 2 Voluntary Dismissal is termination of a lawsuit by Voluntary request of the Plaintiff (the party who originally filed the lawsuit....in the United States Voluntary Dismissal in Federal court is subject to Rule 41 (a) of the Federal Rules of Civil Procedure, Rule 41(a)'s full text can be foun

Par 3 Attorney, Teresa Dehoatch, Clearly Violated Federal laws.
Par 4 I RUDOLPH B WHITEHURST, never agreed to a Voluntary Dismissal, nor did I sign one, to the very best of my knowledge.

Thank you for your attention to this matter,

Signed Rudolph B Whitehurst

Sworn to before
me on 9-24-20
Cynthia McWinters
Notary Public
1-10-21

STATE OF NORTH CAROLINA  　　　IN THE GENERAL COURT OF JUSTICE
COUNTY OF PITT  　　　　　　　　SUPERIOR COURT DIVISION
　　　　　　　　　　　　　　　　　FILE NO. 17 CVS 1352

RUDOLPH B. WHITEHURST, )
　　　　　　　　　　　　 )
　　　Plaintiff,　　　　 )
　　　　　　　　　　　　 )
　　vs.　　　　　　　　　)
　　　　　　　　　　　　 )
THE CITY OF GREENVILLE,  )　　　VOLUNTARY DISMISSAL
North Carolina,　　　　　)
a municipal corporation, and )
THOMAS V. WOOLARD, JR.,  )
　　　　　　　　　　　　 )
　　　Defendants.　　　　)
_____)

NOW COMES the Plaintiff, Rudolph B. Whitehurst, pursuant to NC Rules of Civil Procedure Rule 41(a) and hereby gives notice of voluntary dismissal of his Complaint against Defendants, The City of Greenville, North Carolina, a municipal corporation and Thomas V. Woolard, Jr.

This the 25th day of January, 2018.

　　　　　　　　　　　　　　　　　　　Teresa DeLoatch Bryant
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　N.C. State Bar No. 19905
　　　　　　　　　　　　　　　　　　　Post Office Box 34
　　　　　　　　　　　　　　　　　　　Greenville, NC 27835
　　　　　　　　　　　　　　　　　　　Telephone: 252-758-8800
　　　　　　　　　　　　　　　　　　　Facsimile: 252-689-2032