UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-179-M

| | |
|---|---|
| RUDOLPH BENJAMIN LAVARNE WHITEHURST, ) ) ) Plaintiff, ) ) v. ) ) TERESA DELOATCH BRYANT, ) ) Defendant. ) | **MEMORANDUM & RECOMMENDATION** |

This matter is before the court on Plaintiff's application, filed pursuant to 28 U.S.C. § 1915, to proceed in forma pauperis. The standard for determining in forma pauperis status is whether "one cannot because of his poverty pay or give security for the costs . . . and still be able to provide himself and dependents with the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948).

Given Plaintiff's current financial status, as indicated by his financial affidavit [DE #1], Plaintiff has failed to demonstrate that payment of the required court costs would deprive him of "the necessities of life." Accordingly, it is RECOMMENDED that Plaintiff's application be DENIED and that the clerk be directed to close this case unless Plaintiff pays the requisite filing fee by **October 28, 2020**.

IT IS DIRECTED that a copy of this Memorandum and Recommendation be served on Plaintiff. Plaintiff is hereby advised as follows:

You shall have until **October 12, 2020**, to file written objections to the Memorandum and Recommendation. The presiding district judge must conduct his or her own review (that is, make a de novo determination) of those portions of the Memorandum and Recommendation to which objection is properly made and may accept, reject, or modify the determinations in the Memorandum and Recommendation; receive further evidence; or return the matter to the magistrate judge with instructions. *See, e.g.,* 28 U.S.C. § 636(b)(l); Fed. R. Civ. P. 72(b)(3); Local Civ. R. 1.1 (permitting modification of deadlines specified in local rules), 72.4(b), E.D.N.C. (Dec. 2019).

If you do not file written objections to the Memorandum and Recommendation by the foregoing deadline, you will be giving up the right to review of the Memorandum and Recommendation by the presiding district judge as described above, and the presiding district judge may enter an order or judgment based on the Memorandum and Recommendation without such review. In addition, your failure to file written objections by the foregoing deadline may bar you from appealing to the Court of Appeals from an order or judgment of the presiding district judge based on the Memorandum and Recommendation. *See Wright v. Collins*, 766 F.2d 841, 846–47 (4th Cir. 1985).

This 28th day of September 2020.

                                                /s/ Kimberly A. Swank
                                                KIMBERLY A. SWANK
                                                United States Magistrate Judge